# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**SKY JET M.G. INC.,**

    **Plaintiff,**

    **v.**

**VSE AVIATION SERVICES, LLC,**

    **Defendant.**

**Case No. 2:23-cv-02210-HLT**

## JUDGMENT IN A CIVIL CASE

☒    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☐    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Verdict returned by a jury on December 11, 2025, judgment is awarded to Defendant VSE Aviation Services, LLC against Plaintiff Sky Jet M.G. Inc. This case is closed.

IT IS SO ENTERED.

                                                            SKYLER O'HARA  
                                                             CLERK OF THE COURT

Dated: December 11, 2025                 /s/ M. Deaton  
                                                              By Deputy Clerk